Case 3:06-cv-04584-MJJ   Document 31   Filed 08/29/2006   Page 1 of 2



E-filing

FILED

SEP 13 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JENNIFER JULIAN AND GAIL J. STRZEPA,<br><br>Plaintiffs,<br><br>v.<br><br>CLOROX CORPORATION, JOHNSON CONTROLS, INC., CLOROX SERVICE COMPANY (DOE 1), STERLING ENVIRONMENTAL (DOE 2), ADVANTAGE ENVIRONMENTAL SERVICES (DOE 3), and DOES 4 THROUGH 200, inclusive,<br><br>Defendants. | Case No. C 06-4584 MJJ<br><br>[PROPOSED] ORDER DENYING PLAINTIFFS' *EX PARTE* APPLICATION FOR AN ORDER ADVANCING THE HEARING DATE ON PLAINTIFFS' MOTION TO REMAND |

ORDER DENYING PLAINTIFFS' *EX PARTE* APPLICATION TO ADVANCE HEARING DATE ON MOTION TO REMAND
20200:6526009.1

1   After reviewing and considering Plaintiffs' *Ex Parte* Application for an Order [1]
2   Advancing the Hearing Date on Plaintiffs' Motion to Remand, Defendants' Opposition thereto,
3   all of the supporting papers submitted by the respective parties, the files and records in this
4   matter, and good cause appearing therefore,
5   IT IS HEREBY ORDERED as follows:
6   1. Plaintiffs' *Ex Parte* Application for an Order Advancing the Hearing Date
    *and Motion for a specially-set Hearing*
7   on Plaintiffs' Motion to Remand is DENIED. *are* The hearing on Plaintiffs' Motion to Remand will
8   go forward as scheduled on October 3, 2006.
9   3. The hearing on the Motions to Dismiss filed by defendants The Clorox
10  Company, Clorox Services Company, Sterling Environmental Corporation, and Advantage
11  Environmental Services is hereby continued to *November 14, 2006 at 9:30*.
12  IT IS SO ORDERED.

Dated: 9/12/06 , 2006

Honorable Martin J. Jenkins
United States District Judge

(1) The Court has also considered
Plaintiff's Application for
a specially-set Hearing date (Doc. #33)

ORDER DENYING PLAINTIFFS' *EX PARTE* APPLICATION TO ADVANCE HEARING DATE ON
MOTION TO REMAND
20200:6526009.1

1